UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **SERGIO ALEJANDRO GAMEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**F. GONZALEZ, et al.,**<br><br>Defendants. | Case No. 08cv1113 MJL (PCL)<br><br>**NOTICE OF CASE MANAGEMENT CONFERENCE** |

The court issues the following Order:

A Case Management Conference, pursuant to Federal Rule of Civil Procedure 16(b) shall be held on **January 21, 2010, at 10:00 a.m.**, in the chambers of Magistrate Judge Peter C. Lewis.  The conference shall be telephonic.  Defense counsel shall initiate the call to chambers at (760) 353-4227.

CASE MANAGEMENT CONFERENCE BRIEFS: Parties may, but are not required to, lodge a confidential brief prior to the Case Management Conference.  Case briefs should not exceed ten (10) pages in length, double spaced, exclusive of exhibits, if any. Copies of all documents that might enhance the productivity of negotiations (e.g., contracts, key correspondence or memos, reports of experts, photos, medical bills, wage loss statements, etc.) should be attached as exhibits to the settlement briefs with significant portions highlighted for easy reference. Parties may also attach as exhibits helpful judicial opinions and information about the settlement or judgment value of comparable cases.  In addition, each brief shall set forth the following

confidential information:

    (1) A brief analysis of the key issues involved in the litigation;
    (2) A description of the strongest and weakest legal and factual points in the party's case;
    (3) A description of the strongest and weakest legal and factual points in the opponent's case;
    (4) The status of any settlement negotiations, including the last settlement proposal made by each party; and
    (5) The settlement proposal that the party is willing to make in order to conclude the matter and spare the further expense of litigation.

Parties should mail, electronically mail [efile_lewis@casd.uscourts.gov], or fax the settlement briefs directly to chambers at (760) 353-9143. Settlement briefs are confidential and shall not be served on opposing parties nor shall they be filed with the Clerk of the Court.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATE: <u>December 18, 2009</u>

_____
Peter C. Lewis
U.S. Magistrate Judge
United States District Court

cc:    The Honorable M. James Lorenz
       All Parties and Counsel of Record