UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALEJANDRO GAMEZ,<br><br>                                    Plaintiff,<br><br>        v.<br><br>F. GONZALEZ, et al.,<br><br>                                    Defendants. | Case No. 08cv1113 MJL (PCL)<br><br>**ORDER GRANTING REQUEST FOR A MOTION HEARING DATE**<br><br><br><br>**(Doc. No. 24)** |

Plaintiff Sergio Alejandro Gamez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with an action filed pursuant to 42 U.S.C. § 1983. (See Doc. No. 1.) On April 2, 2010, Plaintiff filed a Request for a Motion Hearing Date seeking a hearing date for a "Motion to Award Expert Witness Fees." (Doc. No. 24.)

The Court determines that this matter is currently in discovery and a telephonic Mandatory Settlement Conference is set for May 25, 2010 at 10:00 a.m. (See Doc. No. 22.) The Court sets this hearing date as the appropriate date for a hearing on Plaintiff's intended Motion. If Plaintiff files such a Motion, any opposition to the granting of the motion shall be served and filed by the responding party not more than twenty-one (21) days after the date of service of the motion. L. R. 78-230(l).

Moreover, a responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. Id. The parties should note that failure of the responding party to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and

1 | may result in the imposition of sanctions. Id.  The moving party may, not more than seven (7)
2 | days after the opposition is served, serve and file a reply to the opposition. Id.
3 | **IT IS SO ORDERED.**
4 | DATE: April 14, 2010

_____
Peter C. Lewis
U.S. Magistrate Judge
United States District Court

cc:    The Honorable M. James Lorenz
       All Parties and Counsel of Record

08cv1113 MJL (PCL)

2