UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SERGIO ALEJANDRO GÁMEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**F. GONZALEZ, et al.,**<br><br>Defendants. | Case No. 08cv1113 MJL (PCL)<br><br>**ORDER GRANTING REQUEST FOR DISCOVERY CONFERENCE**<br><br>**(Doc. No. 27)** |

On April 29, 2010, Plaintiff Sergio Alejandro Gámez filed a Request for a Discovery Conference in order to resolve outstanding discovery disputes.[1] (Doc. No. 27.)

The Court determines that this matter is currently set for a telephonic Mandatory Settlement Conference on May 25, 2010 at 10:00 a.m. (See Doc. No. 22.) The Court sets this date as the appropriate date to hear the parties' discovery disputes in addition to argument on Plaintiff's Motion for Appointment of Expert Witness (Doc. No. 26) and conducting the Mandatory Settlement Conference.

**IT IS SO ORDERED.**

DATE: May 18, 2010

Peter C. Lewis
U.S. Magistrate Judge
United States District Court

cc:   The Honorable M. James Lorenz
       All Parties and Counsel of Record

---

1. Plaintiff's motion states that the parties "have not been able to come to terms on discoverable items." (Mot. at 1.) Plaintiff further requests "a telephonic meeting with Magistrate Judge Lewis in order to assist us to resolve the issues." (Id.) Therefore, although Plaintiff's Motion has been filed on the docket as "Motion Requesting Case Management Conference," the Court will address the motion as a Request for a Discovery Conference.