UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SERGIO ALEJANDRO GÁMEZ,**<br><br>                                              Plaintiff,<br><br>        v.<br><br>**F. GONZALEZ, et al.,**<br><br>                                              Defendants. | Case No. 08cv1113 MJL (PCL)<br><br>**ORDER SETTING STATUS CONFERENCE** |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, a Mandatory Settlement Conference was held on May 25, 2010.  The parties appeared telephonically before The Honorable Peter C. Lewis, United States Magistrate Judge.  After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, the Court Orders the parties to appear for a telephonic **Status Conference** on **June 8, 2010 at 10:00 a.m.**  Defense counsel shall initiate the conference call to the Chambers' Conference Line at (760) 353-4227.

   **IT IS SO ORDERED.**

DATE: May 25, 2010

                                                                                   _____
                                                                                   Peter C. Lewis
                                                                                   U.S. Magistrate Judge
                                                                                   United States District Court

cc:     The Honorable M. James Lorenz
        All Parties and Counsel of Record