UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SERGIO ALEJANDRO GÁMEZ,**<br><br>                                                Plaintiff,<br><br>      v.<br><br>**F. GONZALEZ, et al.,**<br><br>                                                Defendants. | Case No. 08cv1113 MJL (PCL)<br><br>**ORDER SETTING STATUS CONFERENCE** |

A Status Conference was held on June 8, 2010. On that date, the Court issued an Order Setting Status Conference ordering the parties to appear for a telephonic Status Conference on June 30, 2010 at 1:30 p.m.   The Court now vacates the date set forth in the Order of June 8, 2010. After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, the Court Orders the parties to appear for a telephonic **Status Conference** on **July 13, 2010 at 10:30 a.m.** Defense counsel shall initiate the conference call to the Chambers' Conference Line at (760) 353-4227.

**IT IS SO ORDERED.**

DATE: June 29, 2010

_____
Peter C. Lewis
U.S. Magistrate Judge
United States District Court

cc:     The Honorable M. James Lorenz
         All Parties and Counsel of Record