UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALEJANDRO GÁMEZ,<br><br>                                  Plaintiff,<br><br>v.<br><br>F. GONZALEZ, et al.,<br><br>                                  Defendants. | Case No.08cv1113 MJL (PCL)<br><br>**ORDER GRANTING REQUEST FOR HEARING DATE; and**<br><br>**AMENDED ORDER SETTING MOTION HEARING** |

On June 29, 2010, Plaintiff filed a Request for Hearing Date on Motion to Compel Discovery and a Motion for Appointment of Counsel. (Doc. No. 35.) Thereafter, on July 14, 2010, this Court set a Motion Hearing for August 10, 2010 on Plaintiff's Motion to Compel Discovery. (Doc. No. 38.) After consulting the parties and attorneys of record, the Court vacates the Motion Hearing date set forth in its Order of July 14, 2010.

The Court ORDERS the parties to appear for a telephonic **MOTION HEARING** on **August 11, 2010 at 2:00 p.m.** The Court will hear argument on Plaintiff's Motion to Compel Discovery (Doc. No. 39; 41) and Motion for Appointment of Counsel (Doc. No. 40) at this hearing. Defense counsel shall initiate the conference call to the Chambers' Conference Line at (760) 353-4227.

DATED: August 10, 2010

                                          U.S. Magistrate Judge
                                          United States District Court

cc:    The Honorable M. James Lorenz
        All Parties and Counsel of Record