UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SERGIO ALEJANDRO GÁMEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**F. GONZALEZ, et al.,**<br><br>Defendants. | Case No. 08cv1113 MJL (PCL)<br><br>**ORDER SETTING STATUS CONFERENCE** |

A Status Conference was held on September 15, 2010.  The parties appeared telephonically before The Honorable Peter C. Lewis, United States Magistrate Judge.  After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, the Court Orders the parties to appear for a telephonic **Status Conference** on **September 21, 2010 at 1:00 p.m.**  Defense counsel shall initiate the conference call to the Chambers' Conference Line at (760) 353-4227.

**IT IS SO ORDERED.**

DATE: September 15, 2010

_____
Peter C. Lewis
U.S. Magistrate Judge
United States District Court

cc:   The Honorable M. James Lorenz
      All Parties and Counsel of Record