UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SERGIO ALEJANDRO GÁMEZ,**<br><br>                                              Plaintiff,<br><br>       v.<br><br>**F. GONZALEZ, et al.,**<br><br>                                              Defendants. | Case No. 08cv1113 MJL (PCL)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO MEET AND CONFER**<br><br>**(Doc. No. 62)** |

   On March 10, 2011, Plaintiff Sergio Alejandro Gámez filed a Motion requesting the Court grant Plaintiff a date to "meet and confer" with the Court and opposing counsel regarding "the proper conduct of the trial and the pretrial conference." (Doc. No. 62.)

   The Court notes on March 24, 2011, a Fourth Amended Scheduling Order was issued setting the pretrial dates in the this case. (See Doc. No. 64.)   The Court determines this case is set for Pretrial Conference on August 8, 2011 before the Honorable M. James Lorenz.  (Id.) Prior to the Conference, the parties have until May 23, 2011 to file any pretrial motions in this case.  Therefore, Plaintiff's Motion is premature.  For these reasons, Plaintiff's Motion to Meet and Confer is DENIED.

   **IT IS SO ORDERED.**

DATE: March 28, 2011

_____
Peter C. Lewis
U.S. Magistrate Judge
United States District Court

cc:     The Honorable M. James Lorenz
        All Parties and Counsel of Record