# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| SERGIO ALEJANDRO GAMEZ, CDCR #C-47759,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>F. GONZALES, et al.,<br><br>　　　　　　　　　　Defendants. | Civil No.　08-1113 MJL (PCL)<br><br>**ORDER PROVIDING NOTICE PURSUANT TO *KLINGELE / RAND* TO PRO SE PRISONER OF REQUIREMENTS FOR OPPOSING SUMMARY JUDGMENT** |

　　**This notice is required to be given to Plaintiff pursuant to *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) (en banc) and *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988):**[1]

---

[1] *Klingele* and *Rand* together require the district court "as a bare minimum," to ensure that a pro se prisoner has "fair notice of the requirements of the summary judgment rule." *Klingele*, 849 F.2d at 411 (quotations omitted). "It would not be realistic to impute to a prison inmate ... an instinctual awareness that the purpose of a motion for summary judgment is to head off a full-scale trial by conducting a trial in miniature, on affidavits, so that not submitting counter affidavits is the equivalent of not presenting any evidence at trial." *Jacobsen v. Filler*, 790 F.2d 1362, 1364 n.4 (9th Cir. 1986) (internal quotation omitted). Actual knowledge or any level of legal sophistication does not obviate the need for judicial explanation. *Rand*, 113 F.3d at 1523 (citing *Klingele*, 849 F.2d at 411-12). Thus, the

Defendants notified the Court that they will be filing a Motion for Summary Judgment pursuant to FED.R.CIV.P. 56, by which they seek to have your case dismissed. A Motion for Summary Judgment under Rule 56 of the Federal Rules of Civil Procedure will, if granted, end your case.

Rule 56 tells you what you must do in order to oppose a Motion for Summary Judgment. Generally, summary judgment must be granted when there is no genuine issue of material fact-- that is, if there is no real dispute about any fact that would affect the result of your case, and the party who asked for summary judgment is entitled to judgment as a matter of law, which will end your case. When a party you are suing makes a motion for summary judgment that is properly supported by declarations (or other sworn testimony), you cannot simply rely on what your complaint says. Instead, you must set out specific facts in declarations, depositions, answers to interrogatories, or authenticated documents, as provided by Rule 56(e), that contradict the facts shown in the defendants' declarations and documents and show that there is a genuine issue of material fact for trial. If you do not submit your own evidence in opposition, summary judgment, if appropriate, may be entered against you. If summary judgment is granted, your case will be dismissed and there will be no trial.

**Conclusion and Order**

Accordingly, **IT IS ORDERED** that Defendants' Motion for Summary Judgment has been calendared for hearing on **Monday, June 6, 2011**, in Courtroom 14. Your Opposition (including any supporting documents) must be filed with the Court and served on all parties by **Monday, May 23, 2011**. Defendants are instructed that Plaintiff shall *not* be limited in the amount of copies necessary to prepare his Opposition. *See* Cal. Code Regs. tit. 15, § 3162(c). If you do not wish to oppose Defendants' Motion, you should file and serve a "Notice of Non-Opposition" by that same date to let both the Court and Defendants know that the Motion is unopposed.

---

district court must ensure that the prisoner knows "about his 'right to file counter-affidavits or other responsive materials and [to] alert[] [him] to the fact that his failure to so respond might result in the entry of summary judgment against him.'" *Jacobsen*, 790 F.2d at 1365 n.8 (quoting *Klingele*, 849 F.2d at 411).

1  If you do file and serve an Opposition, Defendants must file and serve their Reply to that
2  Opposition by **Tuesday, May 31, 2011.**
3  At the time appointed for hearing, the Court will, in its discretion, consider Defendants'
4  Motion for Summary Judgment pursuant to FED.R.CIV.P. 56 as submitted on the papers, and will
5  issue its written opinion soon thereafter.  Thus, unless otherwise ordered, no appearances are
6  required and no oral argument will be heard.

**IT IS SO ORDERED.**

DATED: April 25, 2011

_____
M. James Lorenz
United States District Court Judge