1

2

3

4

5

6

7

8

9                      UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11

12   **SERGIO ALEJANDRO GAMEZ,**                    Case No. 08cv1113 MJL (PCL)

13                                   Plaintiff,     **ORDER SETTING STATUS**
                                                    **CONFERENCE**
14          v.
                                                    **(Doc. 70.)**
15   **F. GONZALES, et al.**

16                                 Defendants.

17

18

19

20

21

22

23          Plaintiff Gamez, a prisoner proceeding *pro se* and *in forma pauperis*, is prosecuting an action

24   filed under 42 U.S.C. § 1983.  On May 16, 2011, Plaintiff filed a Motion for Default Judgment

25   against two Defendants, K.S. Allen and S. Wright, both of whom answered the complaint, but

26   neither of whom have responded to any discovery requests.  (Doc. 70.)  The District Court construed

27   Plaintiff's Motion for Default Judgment as a Motion for Discovery Sanctions pursuant to Federal

28   Rule of Civil Procedure 37(d) and referred the Motion to this Court for an order pursuant to 28

     U.S.C. § 636(b)(1)(A) and Federal Rule of Civil Procedure 72(a) or if this Court determines that

1   entry of Default is appropriate, for a report and recommendation pursuant to Federal Rule of Civil

2   Procedure 72(b).  (Doc. 77.)  Defense Counsel filed an Opposition to Plaintiff's Motion for Default

3   Judgment on May 25, 2011.  (Doc. 80.)

4          After a review of the record, and good cause appearing, the Court Orders the parties to appear

5   for a telephonic **Status Conference** on **July 8, 2011 at 9:30 a.m.**  Defense counsel shall initiate the

6   conference call to the Chambers' Conference Line at (760) 353-4227.

7

8

9          **IT IS SO ORDERED.**

10   DATE: June 29, 2011

11                                                          Peter C. Lewis

12                                                          U.S. Magistrate Judge
                                                           United States District Court
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28