# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| SERGIO ALEJANDRO GAMEZ, CDCR #C-47759,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>F. GONZALES, et al.,<br><br>　　　　　　　　Defendants. | Civil No.   08-1113 MJL (PCL)<br><br>**ORDER (1) GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; AND (2) CONTINUING FINAL PRETRIAL CONFERENCE**<br><br>**[ECF No. 99]** |

　　　　Currently pending before the Court is Plaintiff's Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment. Plaintiff has filed a pleading [ECF No. 99] in which he seeks an extension of time to file a Reply to Defendants' Opposition [ECF Nos. 94, 95] to his Motion for Summary Judgment. Plaintiff claims that he has yet to receive Defendants' Opposition as of July 10, 2011 and his Reply was due to be filed on July 11, 2011. For good cause shown, the Court will give Plaintiff an extension of time to file a Reply to Defendants' Opposition.

1       Plaintiff must file and serve his Reply no later than **Monday, August 1, 2011**.  At that
2 time the Court will consider both Motions to be fully briefed and no oral argument is necessary.
3       In light of this extension of time, the final pretrial conference currently set on the Court's
4 calendar for August 8, 2011 is continued to **September 12, 2011** at 11:00 a.m.
5       **IT IS SO ORDERED.**

7 DATED: July 14, 2011

8                                            M. James Lorenz
9                                            United States District Court Judge