UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SERGIO ALEJANDRO GAMEZ,**<br><br>                                              Plaintiff,<br><br>         v.<br><br>**F. GONZALES, et al.,**<br><br>                                              Defendants. | Case No. 08cv1113 MJL (PCL)<br><br>**ORDER CONTINUING PRE-TRIAL DATES**<br><br>**(Doc. 64.)** |

On July 14, 2011 the Court continued the final pre-trial conference from August 8, 2011 to September 12, 2011. Accordingly, remaining pre-trial dates are continued as follows:

- The date to file the proposed pretrial order shall be continued from July 22, 2011 to August 26, 2011. (Doc. 64, # 6.)

- The date to file the proposed final pretrial conference order shall be continued from July 29, 2011 to September 2, 2011. (Doc. 64, # 7.)

**IT IS SO ORDERED.**

DATE: July 25, 2011

_____
Peter C. Lewis
U.S. Magistrate Judge
United States District Court