# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| SERGIO ALEJANDRO GAMEZ, CDCR #C-47759,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>F. GONZALES, et al.,<br><br>　　　　　　　Defendants. | Civil No.   08-1113 MJL (PCL)<br><br>**ORDER OF RECUSAL and REASSIGNMENT OF CASE** |

　　　　This Court granted defendants' motion for summary judgment in its entirety. On appeal, the Ninth Circuit affirmed in part, vacated in part, and remanded. The mandate has issued.

　　　　Reassigning this case to a judge from the district where it originated to preside over this action post remand is in the interest of justice.

　　　　Accordingly, **IT IS ORDERED** that the undersigned recuses from all further matters in this action.

/ / /

/ / /

/ / /

1  **IT IS FURTHER ORDERED** that the Clerk of the Court reassign this case to a
2  judge in the Eastern District of California, Fresno Division.
3  **IT IS SO ORDERED.**
4  DATED:  October 11, 2012

   _____
   M. James Lorenz
   United States District Court Judge

7  COPY TO:
8  HON. PETER C. LEWIS
   UNITED STATES MAGISTRATE JUDGE

10 ALL PARTIES/COUNSEL