UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALEJANDRO GAMEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>F. GONZALEZ, et al.,<br><br>    Defendants. | 1:08-cv-01113-LJO-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 143.)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF, OR IN THE ALTERNATIVE, MOTION TO COMPEL DEFENDANTS TO SUBMIT DOCUMENTS FOR *IN CAMERA* REVIEW<br>(Docs. 140, 141.) |

    Sergio Alejandro Gamez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. On October 28, 2013, findings and recommendations were entered, recommending that Plaintiff's motion for preliminary injunction be denied. (Doc. 143.) On November 8, 2013, Plaintiff filed objections to the findings and recommendations. (Doc. 146.)

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis. Moreover, the defendants in this action are

1

employees at the California Correctional Institution in Tehachapi, California (CCI).  According to Plaintiff's address of record at the Court, Plaintiff is now housed at Corcoran State Prison in Corcoran, California (CSP).[1]  Because prison officials at CSP are now charged with housing Plaintiff, his motion for a court order prohibiting acts by officials at CCI is moot.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on October 28, 2013, are ADOPTED IN FULL; and
2. Plaintiff's motion for preliminary injunctive relief, or in the alternative, motion to compel, filed on October 24, 2013, is DENIED.

IT IS SO ORDERED.

Dated:   **December 9, 2013**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

---

[1] On August 19, 2013, Plaintiff filed a Notice of Change of Address, changing his address from CCI to CSP.  (Doc. 133.)