UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALEJANDRO GAMEZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>F. GONZALEZ, et al.,<br><br>    Defendants. | 1:08-cv-01113-LJO-EPG-PC<br><br>ORDER RESCHEDULING SETTLEMENT CONFERENCE FROM JANUARY 19, 2016 AT 10:30 A.M. TO FEBRUARY 17, 2016 AT 10:00 A.M.<br><br>ORDER EXTENDING DEADLINE TO FILE MOTIONS FOR SUMMARY JUDGMENT FROM FEBRUARY 8, 2016 TO MARCH 2, 2016<br><br>**NEW DATES:**<br><br>**Settlement Conference:**    February 17, 2016<br>    at 10:00 a.m.<br>    Courtroom 10 (EPG)<br>    (Sixth Floor)<br><br>**Confidential Settlement Conference Statements due:**    February 10, 2016<br><br>**Deadline to File Motions for Summary Judgment:**    March 2, 2016 |

**PLEASE TAKE NOTICE**

On November 25, 2015, the Court issued an order scheduling a Settlement Conference in this case for January 19, 2016 at 10:30 a.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean at the United States District Court, 2500 Tulare Street, Fresno, California. (ECF No. 206.) The order also established a deadline of January 12, 2016 for the parties to submit confidential settlement conference statements, and a deadline of February 8, 2016 for the filing of motions for summary judgment. (Id.)

At this time, the Court finds good cause to reschedule the Settlement Conference from January 19, 2016 at 10:30 a.m. to **February 17, 2016 at 10:00 a.m.**. In addition, the deadline

for the parties to submit confidential settlement conference statements to the Court shall be extended to **February 10, 2016**, and the deadline for the filing of motions for summary judgment shall be extended to **March 2, 2016**.  All other provisions of the November 25, 2015 order remain the same.  The parties are advised to review the November 25, 2015 order for the information and deadlines that have not changed.

### III.   CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The Settlement Conference for this case is rescheduled from January 19, 2016 at 10:30 a.m. to **February 17, 2016 at 10:00 a.m.** at the United States District Court, 2500 Tulare Street, Fresno, California in Courtroom 10 (Sixth Floor);

2. The parties are directed to submit brief confidential settlement conference statements,[1] as instructed by the Court's order of November 25, 2015, to The Chambers of Magistrate Judge Erica P. Grosjean, 2500 Tulare St., Rm. 1501, Fresno, California 93721, or via e-mail at epgorders@caed.uscourts.gov, to arrive **no later than February 10, 2016**, and concurrently file a Notice of Submission of Confidential Settlement Conference Statement (See Local Rule 270(d)); and

3. The parties are GRANTED an extension of time **until March 2, 2016** in which to file motions for summary judgment.

IT IS SO ORDERED.

Dated:   **December 10, 2015**                   /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Settlement Conference Statements **should not be filed** with the Clerk of the Court **nor served on any other party**.  Settlement Conference Statements shall be clearly marked "confidential."