UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALEJANDRO GAMEZ, | 1:08-cv-01113-LJO-EPG-PC |
| Plaintiff, | |
| vs. | ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR PURPOSES OF SETTLEMENT |
| F. GONZALEZ, et al., | |
| Defendants. | |

Plaintiff, Sergio Alejandro Gamez ("Plaintiff"), is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The Court finds that the appointment of counsel is warranted for the limited purpose of assisting Plaintiff with preparing for and participating in a settlement conference.  M. Greg Mullanax has been selected from the Court's pro bono attorney panel to represent Plaintiff and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. M. Greg Mullanax is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting Plaintiff with preparing for and participating in a settlement conference.

2. M. Greg Mullanax's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference.  Prior to the termination of the appointment, the Court will accord counsel the option of discontinuing

his representation of Plaintiff, or at his discretion, proceeding as Plaintiff's appointed counsel.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon M. Greg Mullanax, Law Office of M. Greg Mullanax, 2140 N. Winery Ave., Suite 101, Fresno, California 93703

IT IS SO ORDERED.

Dated:   **December 10, 2015**            /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

2