UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALEJANDRO GAMEZ,<br><br>       Plaintiff,<br><br>  vs.<br><br>F. GONZALEZ, et al.,<br><br>       Defendants. | 1:08-cv-01113-EPG-PC<br><br>ORDER FOR DEFENDANTS TO FILE WAIVER BY JANUARY 22, 2016<br><br>**<u>Settlement Conference:</u>**<br>**February 17, 2016, at 10:00 a.m.**<br>**Courtroom 10 (EPG)** |

## I.    BACKGROUND

Sergio Alejandro Gamez ("Plaintiff") is a state prisoner proceeding with this civil rights action pursuant to 42 U.S.C. § 1983, with counsel appointed for limited purpose.[1]  This case proceeds on the Fourth Amended Complaint filed on November 8, 2013, with Plaintiff's claims for due process violations concerning his 2010 and 2012 gang validations, and related retaliation claims, against defendants Holland, Gonzalez, Tyree, Gentry, Adame, and Jakabosky (collectively, "Defendants").  (ECF No. 147.)

The parties to this case have voluntarily consented to have the undersigned, Magistrate Judge Erica P. Grosjean, conduct any and all further proceedings in the case, including conducting the trial and entry of a final judgment.[2]

---

[1] On December 10, 2015, the Court appointed M. Greg Mullanax as counsel for Plaintiff, for the limited purpose of assisting Plaintiff with preparing for and participating in the upcoming settlement conference. (ECF No. 212.)

[2] On May 9, 2014, defendants Gonzalez, Gentry, Holland, Tyree, Adame, and Jakabosky consented to the jurisdiction of a Magistrate Judge under 28 U.S.C. § 636(c).  (ECF No. 169.)  On December 8, 2015, Plaintiff consented to the jurisdiction of a Magistrate Judge under 29 U.S.C. § 636(c).  (ECF No. 208.)  On December 10, 2015, this case was reassigned to Magistrate Judge Erica P. Grosjean for all further proceedings. (ECF No. 210.)

This case is scheduled for a settlement conference before the undersigned on February 17, 2016, at 10:00 a.m.

**II.     COURT'S ORDER OF NOVEMBER 25, 2015**

On November 25, 2015, the Court issued an order requiring the parties to complete and file the Court's form for "Waiver of Disqualification of Magistrate Judge" if they choose to have the undersigned preside over both the settlement conference and trial for this case, within thirty days.  (ECF No. 206.)  The Court sent Waiver forms to the parties for completion and return to the Court.  (Id.)  On December 8, 2015, Plaintiff filed his Waiver.  (ECF No. 209.) The thirty-day deadline has now expired and to date, Defendants have not filed a Waiver.

Defendants are now required to complete and file the Court's Waiver form by January 22, 2016, or the February 17, 2016 settlement conference shall be vacated from the Court's calendar without further notice.

**III.     CONCLUSION**

Based on the foregoing, IT IS HEREBY ORDERED that:

1.      Defendants are required to complete and submit the Court's form for "Waiver of Disqualification of Magistrate Judge" by January 22, 2016; and

2.      Should Defendants fail to file the Waiver by January 22, 2016, the February 17, 2016 settlement conference for this case shall be vacated from the Court's calendar without further notice.

IT IS SO ORDERED.

Dated:   **January 15, 2016**               /s/ *Erica P. Grosjean*
                                                    UNITED STATES MAGISTRATE JUDGE