UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALEJANDRO GAMEZ,<br><br>                    Plaintiff,<br>v.<br><br>F. GONZALEZ, et al.,<br><br>                    Defendants. | 1:08-cv-01113-EPG(PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF, SERGIO ALEJANDRO GAMEZ, CDCR #C-47759, AND HIS LEGAL PROPERTY<br><br>DATE: February 17, 2016<br>TIME: 10:00 a.m. |

      Plaintiff Sergio Alejandro Gamez, inmate, CDCR #C-47759,, a necessary and material witness in proceedings in this case on February 17, 2016, is confined at Avenal State Prison, #1 Kings Way, Avenal, CA 93204, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate for a settlement conference before Magistrate Judge Erica P. Grosjean at the United States Courthouse, 2500 Tulare Street, Fresno, California, Courtroom #10, 6th Floor, on February 17, 2016, at 10:00 a.m.

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of Court proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Avenal State Prison**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the Court; and thereafter to return the inmate to the above institution.  **The inmate's legal property relevant to this case shall accompany the inmate to the settlement conference.**

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __**January 15, 2016**__        /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

