UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALEJANDRO GAMEZ,<br><br>   Plaintiff,<br><br> vs.<br><br>F. GONZALEZ, et al.,<br><br>   Defendants. | 1:08-cv-01113-EPG-PC<br><br>ORDER RESCHEDULING SETTLEMENT CONFERENCE FROM FEBRUARY 17, 2016 AT 10:00 A.M. BEFORE MAGISTRATE JUDGE ERICA P. GROSJEAN TO FEBRUARY 18, 2016 AT 10:00 A.M. BEFORE MAGISTRATE JUDGE JENNIFER L. THURSTON<br><br>**NEW DATE FOR SETTLEMENT CONFERENCE, BEFORE MAGISTRATE JUDGE JENNIFER L. THURSTON**<br><br>**Settlement Conference:**<br>**February 18, 2016, at 10:00 a.m.**<br>**Courtroom 6 (JLT)**<br><br>**Confidential Settlement Conference**<br>**Statements due:**    **February 10, 2016**<br><br>**Deadline to File Motions for**<br>**Summary Judgment:**   **March 2, 2016** |

**PLEASE TAKE NOTICE**

  On December 10, 2015, the Court issued an order scheduling a Settlement Conference in this case for February 17, 2016 at 10:00 a.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean. (ECF No. 211.)

  Given that the parties had voluntarily consented to have Magistrate Judge Grosjean conduct the trial for this case, the Court issued an order on November 25, 2015, requiring the parties to complete and submit the Court's form for "Waiver of Disqualification of Magistrate

Judge" within thirty days, if they choose to have Judge Grosjean preside over both the Settlement Conference and the trial. (ECF No. 206.) The Court sent Waiver forms to the parties for completion and return to the Court. (Id.) On December 8, 2015, Plaintiff filed his Waiver. (ECF No. 209.) Defendants did not file a Waiver before the thirty-day deadline expired.

On January 19, 2016, the Court issued an order for Defendants to file a Waiver by January 22, 2016, or the Settlement Conference would be vacated from the Court's calendar without further notice. (ECF No. 215.) The January 22, 2016 deadline has now expired, and Defendants have not filed a Waiver.

Therefore, the Settlement Conference for this case is now rescheduled from February 17, 2016 at 10:00 a.m. before Magistrate Judge Erica P. Grosjean to **February 18, 2016 at 10:00 a.m. before Magistrate Judge Jennifer L. Thurston**. The deadline of **February 10, 2016** for the parties to submit confidential settlement conference statements to the Court remains the same.[1] The deadline of **March 2, 2016** for the filing of motions for summary judgment remains the same. All other provisions of the November 25, 2015 order remain the same. The parties are advised to review the November 25, 2015 order for the information and deadlines that have not changed. The Court shall issue a new Writ of *habeas corpus ad testificandum* to transport Plaintiff to the Court for the February 18, 2016 Settlement Conference.

## III.   CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The Settlement Conference for this case is rescheduled from February 17, 2016 at 10:00 a.m. before Magistrate Judge Erica P. Grosjean to **February 18, 2016 at 10:00 a.m. before Magistrate Judge Jennifer L. Thurston**, at the United

---

[1] The Court has received Plaintiff's confidential settlement conference statement, which the Court will provide to Magistrate Judge Thurston. However, to date Plaintiff has not filed the Notice of Submission of Confidential Settlement Conference Statement required under Local Rule 270(d).

States District Court, 2500 Tulare Street, Fresno, California, in Courtroom 6 (Seventh Floor);

2. The February 10, 2016 deadline for the parties to submit brief confidential settlement conference statements,[2] as instructed by the Court's order of November 25, 2015, remains the same.  However, if the parties submit settlement conference statements after the date of service of this order, they shall submit their settlement conference statements to The Chambers of Magistrate Judge Jennifer L. Thurston, 2500 Tulare St., Rm. 1501, Fresno, California 93721, or via e-mail at jltorders@caed.uscourts.gov, to arrive **no later than February 10, 2016**, and concurrently file a Notice of Submission of Confidential Settlement Conference Statement (See Local Rule 270(d)); and

3. The deadline of **March 2, 2016** for filing motions for summary judgment remains the same.

IT IS SO ORDERED.

Dated:   **January 27, 2016**              /s/ Erica P. Grosjean
                                                           UNITED STATES MAGISTRATE JUDGE

---

[2] Settlement Conference Statements **should not be filed** with the Clerk of the Court **nor served on any other party**.  Settlement Conference Statements shall be clearly marked "confidential."