UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALEJANDRO GAMEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>F. GONZALEZ, et al.,<br><br>　　　　Defendants. | 1:08-cv-01113-EPG-PC<br><br>ORDER VACATING JANUARY 19, 2016 ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO SERGIO ALEJANDRO GAMEZ, CDC# C-47759<br><br>(ECF No. 216.) |

　　　　On January 19, 2016, the Court issued an Order and Writ of Habeas Corpus ad Testificandum to transport Plaintiff Sergio Alejandro Gamez CDC# C-47759, commanding the Warden of Avenal State Prison to produce California prisoner Sergio Alejandro Gamez CDC# C-47759 on February 17, 2016 at 10:00 a.m., Courtroom 10, United States District Court, 2500 Tulare Street, Fresno, California, to attend a settlement conference in this action before Magistrate Judge Erica P. Grosjean.

　　　　The settlement conference has been rescheduled to February 18, 2016 at 10:00 a.m., Courtroom 6, United States District Court, 2500 Tulare Street, Fresno, California, before Magistrate Judge Jennifer L. Thurston.  By separate order, the Court shall issue a new Writ of Habeas Corpus Ad Testificandum to transport Plaintiff to the Court for the settlement conference on February 18, 2016.

Accordingly, due to the rescheduling of the settlement conference, IT IS HEREBY ORDERED that the Court's Order and Writ of Habeas Corpus ad Testificandum of January 19, 2016, commanding the production of inmate Sergio Alejandro Gamez CDC# C-47759 on February 17, 2016, IS HEREBY VACATED.

IT IS SO ORDERED.

Dated:   **February 1, 2016**                /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE