UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALEJANDRO GAMEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>F. GONZALEZ, et al.,<br><br>    Defendants. | 1:08-cv-01113-EPG-PC<br><br>ORDER DENYING DEFENDANTS' REQUEST TO REINSTATE ORIGINAL DATE AND JUDGE FOR SETTLEMENT CONFERENCE<br><br>(ECF No. 227.) |

On February 3, 2016, defense counsel filed a Waiver of Disqualification of Settlement Judge pursuant to Local Rule 270(b) after the Court's deadline, with a declaration explaining that it was simple oversight and asking that the original date and settlement conference judge be reinstated. (ECF No. 227.) The Court declines to do so and confirms by this order that the settlement conference will go forward before Judge Thurston on February 18, 2016 at 10:00 a.m. in Courtroom 6. (ECF No. 222.)

Whether inadvertent or not, defendants did not submit their Waiver by either the first deadline ordered by the Court or the second deadline permitted by the Court after defendants failed to file their waiver on time. A settlement conference before Judge Thurston has now been set on February 18 and the judges have scheduled their matters accordingly. Additionally, the initial writ to transport Plaintiff for the settlement conference has been withdrawn and a

new one issued and confirmed with the prison. At this point, it is inefficient and inconvenient to change the date and presiding judge.

It goes without saying that Magistrate Judge Thurston is more than able to handle this settlement conference and the difference in judges presiding should not be prejudicial to either party.

Accordingly, IT IS HEREBY ORDERED that Defendants' request for the Court to reinstate the original date and judge for the settlement conference is DENIED.

IT IS SO ORDERED.

   Dated:   **February 4, 2016**           /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE