FILED

FEB 18 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALEJANDRO GAMEZ, | 1:08-cv-01113-EPG-PC |
| Plaintiff, | NOTICE AND ORDER THAT INMATE WITNESS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED (Doc. 225.) |
| vs. | |
| F. GONZALEZ, et al., | |
| Defendants. | |
| | **As to Sergio Alejandro Gamez #C-47759** |

The settlement conference for this matter commenced on February 18, 2016, at 10:00 a.m, and inmate witness Sergio Alejandro Gamez has given testimony before the Court. Inmate witness **Sergio Alejandro Gamez #C-47759** is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus *ad testificandum* as to this inmate, issued on February 2, 2016, is HEREBY DISCHARGED.

DATED: 2/18/16

_____
U. S. MAGISTRATE JUDGE ERICA P. GROSJEAN